DANIEL W. LYNCH, Appellant, *v.* JOSEPHINE E. JONES et al., Respondents.

*Lynch* v. *Jones*, 179 App. Div. 613, appeal dismissed.

(Submitted January 12, 1920; decided January 20, 1920.)

MOTION to dismiss an appeal from a judgment entered January 23, 1918, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint.

The motion was made upon the ground of failure to file the required undertaking.

*Fred A. Robbins* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.